```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20127
  JAMES C GREINKE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

          Debtor
  SSN XXX-XX-5468


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/30/07 .

     2.  The case was dismissed without confirmation, 04/25/2008.

     3.  The Debtor paid a total of $   1900.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
US NATIONAL BANK ASSOC   CURRENT MORTG           .00            .00            .00
US NATIONAL BANK ASSOC   MORTGAGE ARRE     NOT FILED            .00            .00
AMERICAS SERVICING CO    UNSECURED         NOT FILED            .00            .00
RBC MORTGAGE             SECURED           NOT FILED            .00            .00
CENTRIX FINANCIAL        SECURED VEHIC          .00             .00        1800.00
CONDELL ACUTE CARE       UNSECURED         NOT FILED            .00            .00
GREATER ROUND LAKE FIRE  UNSECURED         NOT FILED            .00            .00
HSBC                     UNSECURED         NOT FILED            .00            .00
LAKE COUNTY RADIOLOGY    UNSECURED         NOT FILED            .00            .00
ROUND LAKE FAMILY PHYSIC UNSECURED         NOT FILED            .00            .00
SHEET METAL WORKERS LOCA UNSECURED         NOT FILED            .00            .00
JEFF WHITEHEAD           REIMBURSEMENT         52.72            .00           2.05
          Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        52.72          .00        .00         52.72
PRINCIPAL PAID      1800.00         2.05          .00        .00       1802.05
INTEREST PAID           .00          .00          .00        .00            .00
TOTAL PAID          1800.00         2.05          .00        .00       1802.05
The Debtor's attorney, JEFF WHITEHEAD                , was allowed $   3000.00
and was paid $        .00 .

The Trustee received $     97.95 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 07/16/08                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```